■ In the Matter of the Estate of BENJAMIN BADNER, Deceased. LILLIAN B. PETROFF, as Administratrix of the Estate of BENJAMIN BADNER, Deceased, Appellant; FRANCES B. SUDECK, Respondent. In the Matter of the Estate of JOHN BADNER, Deceased. DOROTHY BADNER, as Administratrix of the Estate of JOHN BADNER, Deceased, Appellant; FRANCES B. SUDECK, Respondent.— Orders entered on August 18, 1961 unanimously affirmed, with $20 costs and

disbursements to the petitioner-respondent. No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ. [31 Misc 2d 318.]